# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

IN RE:                                                                              CASE NO: 1−11−49923−jf

Louis DeMarco
aka Louis DeMarco, Jr.
aka Louis Anthony DeMarco
aka Louis A DeMarco, Jr.

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer           CHAPTER: 7
ID No.:

xxx−xx−3417

                     DEBTOR(s)

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Gregory Messer (Trustee) is discharged as trustee of the estate of the above−named debtor(s).

- The Chapter 7 case of the above−named debtor(s) is closed.

                                                      s/ Jerome Feller
                                                      United States Bankruptcy Judge

Dated: July 10, 2012

**BLfnld7** [Final Decree rev 08/07/06]