# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–1 | User: mrodrique | Date Created: 7/10/2012 |
| Case: 1–11–49923–jf | Form ID: 205 | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Gregory Messer | gremesser@aol.com |
| aty | Gregory Messer | gremesser@aol.com |
| aty | Kevin B Zazzera | kzazz007@yahoo.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Louis DeMarco | 97 Whitehall Street | Staten Island, NY 10306 | |
| smg | United States Trustee | Office of the United States Trustee | 271 Cadman Plaza East | Brooklyn, NY 11201 |

TOTAL: 2